**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| BEAUMONT MEDICAL CENTER HOTEL, LLC, | : | |
| | : | |
| *Plaintiff,* | : | |
| | : | |
| v. | : | **C.A. NO.: 1:22-cv-02585** |
| | : | |
| MT. HAWLEY INSURANCE COMPANY and RENAISSANCE RE SYNDICATE 1458 LLOYD'S, | : | |
| | : | |
| *Defendants.* | : | |

## DEFENDANTS' REQUEST FOR ENTRY OF FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58(d), Defendants Mt. Hawley Insurance Company and Renaissance Re Syndicate 1458 Lloyd's (collectively, "Defendants") hereby request entry of a final judgment. As grounds for this request, Defendants respectfully submit as follows:

1.      On March 13, 2024, the Court entered a Memorandum Opinion and Order granting Defendants' motion to dismiss under Federal Rule of Civil Procedure 12(b)(6), without prejudice. (ECF Doc. 50.) The Court ruled that: "Beaumont is given until March 28, 2024 to file an amended complaint. If it declines to file an amended complaint by that date, the Court will dismiss this case with prejudice and enter final judgment." (*Id.* at 15; *see also* Minute Entry, ECF Doc. 49.)

2.      Plaintiff did not file an amended complaint by the March 28, 2024 deadline. Accordingly, the Court should enter a final judgment dismissing this case with prejudice.

**WHEREFORE**, Defendants respectfully requests that the Court enter a final judgment of dismissal with prejudice.

Respectfully submitted,

**DEFENDANTS,**

**MT. HAWLEY INSURANCE COMPANY AND RENAISSANCE RE SYNDICATE 1458 LLOYD'S,**

*/s/   Wystan M. Ackerman*
Wystan M. Ackerman (*pro hac vice*)
Wm Maxwell Daley (*pro hac vice*)
**ROBINSON & COLE LLP**
280 Trumbull Street
Hartford, CT 06103
Phone:  860-275-8200
Fax:  860-275-8299
wackerman@rc.com
wdaley@rc.com

Matthew S. Ponzi
Michael S. Errera
**FORAN GLENNON**
222 N. LaSalle Street,
Suite 1400
Chicago, Illinois   60601
Office: 312.863.5070
Email: mponzi@fgppr.com
Email: merrera@fgppr.com

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 1, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

*/s/ Wystan M. Ackerman*