## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
## Eastern Division

Beaumont Medical Center Hotel, LLC

                Plaintiff,

v.                              Case No.: 1:22–cv–02585

                              Honorable Andrea R. Wood

Mt. Hawley Insurance Company, et al.

                Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 3, 2024:

      MINUTE entry before the Honorable Andrea R. Wood: By order dated 3/13/2024 [49], the Court dismissed Plaintiff's complaint pursuant to Fed. R. Civ. P. 12(b)(6) but granted Plaintiff leave to file an amended complaint by 3/28/2024. At that time, Plaintiff was advised that failure to file an amended complaint by 3/28/2024 would result in the case being dismissed with prejudice and final judgment being entered. As of 4/2/2024, Plaintiff has not filed an amended complaint. Defendants, however, have filed a request for entry of final judgment [51] given Plaintiff's failure to file an amended complaint. Defendants' request is granted. As Plaintiff has not filed an amended complaint by the court–ordered deadline of 3/28/2024, nor has Plaintiff requested an extension of time to file an amended complaint, this case is now dismissed with prejudice. The Clerk is directed to enter Judgment in favor of Defendants. All other pending motions and hearing dates are stricken as moot. Civil case terminated. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.