ILND 450 (Rev. 04/29/2016) Judgment in a Civil Action

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Beaumont Medical Center Hotel, LLC

Plaintiff(s),

v.

Mt. Hawley Insurance Company et al

Defendant(s).

Case No. 1:22-cv-02585
Judge Andrea R. Wood

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

---

☑ other: in favor of Defendants Mt. Hawley Insurance Company and Renaissance Re Syndicate 1458 Lloyd's and against Plaintiff Beaumont Medical Center Hotel, LLC. Case dismissed with prejudice.

---

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.
☐ tried by Judge _____ without a jury and the above decision was reached.
☑ decided by Judge Andrea R. Wood on a motion to dismiss [25].

Date: 4/3/2024

Thomas G. Bruton, Clerk of Court

Laritza Arcos, Deputy Clerk